AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-MJ-00135 |
| JUSTIN MCAULIFFE | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JUSTIN MCAULIFFE.

Date: 03/10/2021

*/s/ Richard D. Collins*
*Attorney's signature*

RICHARD D. COLLINS - 493525
*Printed name and bar number*

COLLINS GANN MCCLOSKEY & BARRY, PLLC
138 MINEOLA BLVD.
MINEOLA, NY 11501
*Address*

rcollins@cgmbesq.com
*E-mail address*

(516) 294-0300
*Telephone number*

(516) 294-0477
*FAX number*

Print    Save As...    Reset