AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.
JUSTIN MCAULIFFE

Defendant

)
)  Case: 1:21-mj-00135
)  Assigned to: Judge Robin M. Meriweather
)  Assign Date: 1/20/2021
)  Description: COMPLAINT W/ ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     JUSTIN MCAULIFFE ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a)(1) and (2) - knowingly entering and remaining on restricted grounds without lawful authority and/or engaging in disorderly conduct within proximity to a restricted building to impede official functions

Date: 01/20/2021

2021.01.20
19:32:01 -05'00'
*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/21/2021, and the person was arrested on *(date)* 1/28/2021
at *(city and state)* Bellmore, NY.

Date: 1/28/2021

*Arresting officer's signature*

GARY C. BATTISTA, SPECIAL AGENT
*Printed name and title*