# Steven Hirsch, CPA

666 Old Country Rd, Suite 810
Garden City, NY  11530

Phone: 516-515-1608
Fax:  516-222-0518

To Whom it May Concern:

I have known Justin McAuliffe and his family for over 30 years.  We were best friends growing up and have remained close through the years.

Justin has always been a good friend.  When I was starting out my own CPA practice, as a fellow CPA, Justin was always there to share advice on how to succeed and helped me in many other ways, including referring many clients to me.

Justin is an intensely passionate person.  Whatever he does, he gives 100% effort.  He is a very hard worker.  Justin is also very honest.  He was a great student in school and quite gifted at math.  He studied a lot and is proud of the education that he received at Binghamton University.  Justin does not believe in violence.  There was an incident in high school where two kids were going to fight each other, but instead, Justin was able to help them talk it out and resolve their differences.

I know with certainty that he just wanted to protest peacefully at the Capital.  It was not his intention to break the law or to cause or contribute to any type of violence.  While I don't share his political beliefs, I know he is passionate about politics and a fervent supporter of Donald Trump.  To that end, when President Trump ordered the peaceful protesters to march to the Capital, Justin followed the orders of his President and simply got caught up in the moment.

Since the incident occurred, Justin has expressed remorse for his actions and understands that he made a big mistake.  He is committed to staying out of trouble, as he has all of his life before this single incident.  I'm extremely confident that he will not commit any sort of crime in the future.  Justin is a devoted father and is determined to be there for his children, and to set a good example for them.

In all the years that I've known Justin, I don't recall a single time that he was ever in trouble.  That's why it was so surprising to hear that he was facing these charges.  Despite Justin's involvement in this incident, it doesn't change my opinion that he is a great person with exceptional moral integrity.

Sincerely,

Steven Hirsch

E-mail:  StevenHirschCPA@Gmail.com

Website:  www.StevenHirschCPA.com

Christian Campo
2 West Gate
Farmingdale, N.Y. 11735


To Whom It May Concern,

   My name is Christian Campo and I have known Justin McCauliffe for 27years and I am writing this letter to express my support for him. Justin is a good friend of mine. We met back in 8th grade history class when the teacher assigned us a report to complete on the Gold Rush of '49. We have remained close friends through High School, College, and our adult lives. I've been part of Justin's wedding and his children's Christenings. Justin has also been to my wedding and was in my wedding party because that is how close of a friend I consider him.

   Justin is a helpful, hardworking, kind, and a loyal friend. I remember Justin being a helpful friend to me when we were at a concert once. At the concert, I became very lightheaded and fell to the ground in a crowd of people and Justin helped me up and walked me over to a safe area. He spent time making sure I was ok and not hurt instead of watching the concert. Justin proved that he is a loyal friend when he got me a job working with him doing landscaping. I had been out of work and Justin knew this, so he spoke to his boss and got me a job working with him. Justin showed me his kindness when both of my parents passed away. He spent time with me and always had an open ear to listen to whatever I needed to say during that difficult time in my life. He encouraged me and helped me deal with one of the hardest times in my life by being there for me any time or hour. Justin is a dedicated and hardworking man. He shows this when he opened up his own accounting practice. He worked day and night to get his business up and running, market it, and build it into what it has become today. He remains focused on that goal to this day and puts all his energy into it so that he can provide for his family.

   Justin made a big mistake on Capitol Hill. This is out of character for him. He is not someone who goes out looking for trouble or to damage property. He is definitely not a "Proud Boy" looking to destroy and vandalize. I believe Justin got caught up in the moment and made a very foolish mistake. I was shocked to see what he had done and knew that this was not the Justin I know. Justin has spoken to me after the incident and has expressed much remorse and sorrow for what he has done. He has caused shame and embarrassment to not only himself, but to the people in his life he cares most about.

   I believe Justin got caught up in the media and all the politics that flood the news. He got carried away and got caught up in the moment and he wasn't thinking clearly at all.

   In my opinion, Justin will definitely not commit this crime or any crime for that matter ever again because he realizes how foolish it was. He realizes the pain and embarrassment  his actions caused. Something he will never want to feel ever again. I know in my heart that Justin is not a criminal and made a terrible decision that he regrets every second of every day. I can

tell he is serious about his remorse cause he has stopped watching all the negativity on the news and on social media.  All of his attention is on his wife and children and he realizes that his family is what matters most to him.

   Justin is not the guy that was portrayed all over the news.  He loves his friends and family and made a foolish mistake that has turned his life upside down.  Justin only wants to be a stronger man so that he can be the best father and husband he can be.  Justin wants to put this incident behind him.  This has been a difficult time in his life and he wants nothing but Peace and Love moving forward and I support him 100%.

Mr. Matthew Terranova

360 Stewart Ave, Apt. 1A

Garden City, NY 11530

To Whom It May Concern,

      We have been good friends with Mr. McAuliffe for 10 years. My wife & I met him while we were both on our honeymoons.

      Since meeting Mr. McAuliffe, he has always been generous with his time. He has been involved with many different charity fundraisers through the years. Since we have known him, he has changed his personal habits for the better. He also has embraced religion to conquer his demons and as a result he has grown as a person. Mr. McAuliffe is an extremely hard worker. Every year his knowledge in finance and his job as a CPA has improved. He has done many videos promoting his profession. We believe Mr. McAuliffe learns from his mistakes.

      On January 6 when we found out what happened we were shocked. We knew Mr. McAuliffe was going to be in Washington D.C. to listen to President Trump speak. We were surprised and shocked to find out where he was after the speech. We believe like most Americans who were in D.C., he got caught up in the moment and would never put himself in that type of situation again. Mr. McAuliffe has become more self aware of the consequences from his actions, both good and bad. We believe in him fully. He always talks about being a good role model for his children and would not want to jeopardize that.

      My wife and I truly hope you can take our sincere words regarding Mr. McAuliffe into consideration while determining his character.

      Thank you,

      Matthew and Victoria Terranova

March 9, 2021

To Whom it May Concern:

This is a character letter in regards to Justin McAuliffe. I have known Justin for 30 years. Justin is a man who has been a law abiding citizen for as long as I have known him. Justin is a family man, who cares deeply for his children and wife, but also for others around him. He has always been understanding and empathetic towards all people throughout his entire life. He is a compassionate man who has nothing but love in his heart, which is made of gold. We spoke before he went to Washington D.C. He was excited about the experience and the opportunity to meet new people. He did not enter the capitol with any ill intentions. I know him too well, and he would NEVER attempt to hurt anyone because that's not who he is. I trust this man with my own two children. He did not enter the capitol to do any harm, he did not enter the Capitol to hurt anyone, he did not enter the Capitol to destroy anything, again, that's not who he is, and that's not in his DNA. What is in his DNA are the traits I mentioned previously, in addition to a genuinely loving person who has touched the lives of so many in a very positive way. I am a better person for being around Justin McAuliffe my entire life. Justin got caught up in the moment and had a lapse in judgment when he decided to enter the building. I whole heartedly believe that's what happened, a very good person made a bad decision. That happens in life quite often for many, and I know if he could take it back, he would.

I encourage you to contact me regarding the above letter as I would like for the opportunity to discuss this with you further.

Best Regards,
John Savage
Head Men's Lacrosse Coach
Nassau Community College
John.Savage@ncc.edu
516.652.1421

March 8, 2021

To Whom it May Concern:

I appreciate the opportunity to share my thoughts about Justin McAuliffe because I find him to be a man of honor and integrity in all he does, from taking care of his family to serving his clients. The purpose of this letter is to strongly share with those that are required to determine the consequences of his action, that they better know who Justin is from my interactions with him since the fall of 2018. I consider Justin my friend, as well as a colleague, being a fellow CPA. This is not a letter in support of the event, or the act Justin made on that day, but represents having the integrity to stand with this man to ensure it is known he is of high moral character and a single act on a single day should not change that fact. In short, the act Justin is being held accountable for does not represent who Justin is.

I am a CPA like Justin which means we both carry a heavy and strict requirement of our profession to interact with all those around us, even the public at large, with a high ethical standard, in both appearance and fact. Hence the word "public" in Certified Public Accountant. As CPA's, we literally do not have a choice but to be of high moral character, every day, in everything we do. If not, the CPA profession will not allow us to continue to be a CPA. Based on my personal interactions and business relationship with Justin, without a doubt I know Justin carries these requirements out in his daily life, in both appearance and fact.

When working with someone on a project that is not your boss, employee, customer or vendor, I believe you really get a true sense of how a person conducts themselves and their business because there is no consequence or advantage for a person to act as they see fit. I was in this rare position, and each time Justin had to make judgment call with his clients or vendors, I saw that he consistently acted with integrity, grace, and ethics; regardless of the requirements of being a CPA.

I further believe you see someone's truest character in how they interact with their children, and based on that, I have the highest regard for who Justin is, not only as a parent, but as a man. I have interacted countless times with Justin while he was working from home with his kids very much present in his workspace. Because of Justin's kind mannerisms, patience, understanding and focus on his children's need in the moment, even amid working and maintaining his business, I often commented to him on what a great father he is. This was beyond the characteristics of a great father, as his actions of putting his family first showed me what a great man Justin is.

The biggest reason I am so confident in the character of Justin McAuliffe is because he is a CPA. Many may consider this only a professional designation, but it also represents a personal designation of someone who can be trusted and is trustworthy. The reality of being a CPA is realizing it is an identity that a person becomes, and it requires continuous effort in the pursuit of excellence. This starts with a person being required to be of good moral character, as it literally states on the CPA license application. It continues with the requirement a CPA consistently exhibit honesty and integrity, with a high standard of ethics and morals in all things the CPA is involved with; not just with their professional actions, but their personal actions as well. This is kept in check as a CPA upon renewing their license must report on any matters in which the CPA has done something of unprofessional conduct. With that being said, the Justin I know with the identity of being a CPA would not have had any intention of setting out to be a part of anything with even the appearance of unprofessional conduct. This allows me to conclude that Justin's action were clearly something he did not think through and why I believe he simply got caught up in a moment that included a lapse in judgement as that does not match who I believe Justin is, as a person. Had Justin known his act would have been a part of anything negative, let alone tragic, I firmly believe he would have not been there to start with.

With all this being said, what I would like to convey the most is that in my opinion Justin would never sacrifice his family's well-being, his career, business or identity as a Certified Public Accountant for the benefit of someone else, no matter the reason or cause. The Justin I know would not, could not and does not consider anything else more important than these things he values and depends on.

I have zero hesitation in stating that Justin McAuliffe is a man of high moral character that consistently exhibits integrity, honesty, and trustworthiness.

Sincerely,

Joshua Jenson

2224 Bridgeview Blvd, Edmond, OK 73003 (405) 715-1556

Richard S. Fascianella
2667 Martin Avenue
Bellmore, NY 11710
(516) 532-5749
rkfast@outlook.com

March 8, 2021

**RE: Mr. Justin McAuliffe**

To Whom It May Concern:

My name is Richard Fascianella and I am a neighbor and friend of Mr. Justin McAuliffe. I am writing this letter to express my support for him and to add additional information which I feel may be relevant to his case.

I have known Justin since approximately 2014, after my family and I moved to our current residence which is located on the same block as the McAuliffe family. Our two families became acquaintances and friends when my son, James (7) met Justin's son, Logan (6). Naturally, the children's friendship led to the parents speaking to one another and then becoming friendly, as is so common among children and parents.

As is often the case, our conversations started with mundane topics like which pro sports we like and our experiences as parents, then moving to issues dealing with our professional lives and so on. One subject Justin and I would speak often about is accounting and business management. Especially in issues of business, Justin was always very passionate and introspective in his points of view and knowing he is a CPA and entrepreneur, I would always look to him for advice about my own professional career and personal finances.  On the more personal side of things, Justin and I, along with our spouses and children, would spend time together enjoying a meal or a playoff football game or attending one of our children's birthday parties. I have always enjoyed our time together, as we had so much in common with all the challenges of raising children and growing careers and running a household on Long Island.

As time went on, Justin expressed an interest in current U.S. political events. Again here, we would often discuss the issues of the day and knowing he is a very introspective and passionate person, I would often seek out his point of view on one current events subject or another. Knowing his point of view and passion on the subject of the 2020 Presidential election, it came as no surprise when he informed me of his intentions to attend a rally in support of President Trump in Washington D.C. on January 6th.  When Justin and I spoke before he departed for the rally, he expressed natural excitement and anticipation for the event. However, at no point in our conversation did he ever express any intention to commit any illegal or antisocial acts. As communicated to me, very clearly, his intention was <u>solely</u> to attend this rally to legally show support of the President of the United States,

Richard S. Fascianella
2667 Martin Avenue
Bellmore, NY 11710
(516) 532-5749
rkfast@outlook.com

as is his right under the 1st Amendment to the United States Constitution.

During the events of January 6th, I touched base with Justin via text message to make sure he was OK and safe and he informed me that he was. After finding out more information about his actions that day, I was of course concerned, shocked and disappointed. Knowing Justin and his strong desire to build his family and care for his wife and children, I found his actions as described very out of character for him. I truly believe that he attended the rally on January 6th with every intention to do nothing more than what was his legal right to do. That is, underline peacefully voice his concerns. It is my opinion that, as often is the case with large scale public events, he perhaps got caught up with the kinetic actions and events all around him, which spurred the actions that led to his arrest.

As you could imagine, Justin and I have not spoken too much since January 6th and his arrest. However, we recently reconnected and discussed the matter and his experiences in detail. He has expressed strong and heartfelt feelings of remorse and a strong desire to repair his relationships with friends, colleagues and most important, his immediate and extended family. Justin has expressed to me in confidence his desire to "do what is right" and do everything he can to be a good father, husband and friend.  Again here, his introspection is serving him well. He is keenly aware of his shortcomings and transgressions and has vocalized to me his desire to address them to the best of his ability. It is my understanding that he is seeking professional help and counseling to address these issues which illustrate his desire to take positive action.  Finally, what gives me the utmost confidence in Justin is what he has *not* done since we reconnected after his arrest.  This is, make any bold and unrealistic proclamations. Instead, he is contrite and well aware of the work he needs to do in his life for himself and his loved ones.

I hope this letter provided additional insight into Justin and helps with decisions pertaining to his case. If you have any additional questions, my contact information is above.

*Rich Fascianella*

Ryan Johnston
2446 Sycamore Ave
Wantagh NY 11793
Cell #- 516-567-3380


To Whom it May Concern,

Good afternoon, my name is Ryan Johnston.  Justin McAuliffe and myself have been good
friends for over 30 years.  I was raised in Wantagh , I have been a Wantagh Firefighter and EMT
for almost 20 years.  I have been an FDNY firefighter for 14 years, and currently a Lieutenant
inCorona Queens.

In all my years of being good friends with Justin McAuliffe he has been nothing but a loyal and
trusted friend.  He was always there for me and my family.  Justin has always been a very
peaceful and spiritual person.  Justin has always been dedicated to his family and his career.
He has always been motivated to exceed in everything that pertains to his family, friends, and
his business.

Justin and myself have been in constant contact before and after the "Capital" incident.  I can
truly say that there isn't  an ounce in his body that doesn't Regret going there.  He is a very
peaceful person and I honestly believe that his only intention that day was to be Peaceful.  It is
very unfortunate that a certain group of people ruined that day for many innocent people.

Thank you for your time.

Sincerely,

Ryan Johnston

*Carolyn Kersch*
*542 N. Suffolk Avenue*
*Massapequa, New York 11758*
*(516) 314-9543*

March 8, 202

### Re:   Justin McAuliffe

Dear Your Honor,

I have known Justin McAuliffe for approximately 20 years. He is honest, trustworthy, diplomatic, kind, warm and hardworking. Justin is a loyal and devoted friend to all that are lucky enough to have him in their life. In our circle of friends, if disputes arose among members of our group, Justin was the one to step in, not take sides and try to fairly and equitably resolve the issue, while attempting to facilitate reconciliations. Over the years, I have had the pleasure to see Justin get married, have 2 amazing children and open his own accounting firm.

While Justin and I know each other as friends, we are also colleagues. I have a law firm with offices locate in Nassau and Suffolk County, and my practice focuses on matrimonial and family law. I practiced exclusively in this area of law since I was admitted to the bar in 2005. I am a single Mother of 3 amazing children.

There is a lot of crossover between accounting, and my practice as a matrimonial and family law practitioner. Justin has worked side-by-side with me on my cases. My clients were pleased with his work, as was I. He was also accessible, fair in his billings and presented reputable work proving mastery of his field.

On a personal level, I know Justin to be a devoted Father to his children. While the pressures of work are always a challenge, Justin always makes time for his children, and recognizes the importance of holding on to every cherished moment of our children's childhood. I commend his patience, focus and the warmth that he exhibits to his children every day.

I am not on social media, except to a limited extent professionally and to obtain information concerning my children's schools. I do not know all or many of the details concerning Justin's current legal predicament. However, from the little that I know, I am very shocked and it seems completely out of character for him. For all the time I have known him, he always presented with a love for our country, and desire for us all to be

March 8, 2021
Page - 2 -

united. I cannot comment upon what happened, or how Justin was involved. However, I can say that it must have been a misunderstanding where he got caught up in the moment. I do not think he would have ever been involved had he understood the implications. If I had to posture, I would say he was trying to be a part of history, good or bad, and the end result was one he never planned or intended. As I said above, Justin's focus is and always has been his 2 young children and maintaining peace in his life, and those around him.

Just has always looked inward at himself. He is not one to blame others. and he always takes full responsibility for his actions.  I have found that he is able to grow from these experiences and take active steps to ensure that they are not repeated. For example, when he had a disagreement with a friend a while back. he was hard on him and really held him accountable for his actions. While this was not "wrong" per se, Justin looked back on that occurrence and realized that this person maybe needed a softer touch, and that this person may not respond well to such a stern critique. He went back to this person and approached the issue in a different way, with a softer touch, and was thanked by this person for his actions. Not everyone walks away from a situation and continue to think to oneself, what could I have done better or different to create a better outcome. It is this self reflection which I have seen time and time again which leads me to believe that the current legal situation which Justin is in will never be repeated.

I thank the Court for its time and consideration of this letter.

Respectfully,

Carolyn D. Kersh

CAROLYN D. KERSCH

March 4, 2021

Your Honor:

I have known Justin McAuliffe since he was a child.  He has always presented as levelheaded, pleasant, and polite.   Justin is an honest and loyal individual who is self-aware.  He is a son, father, friend, private business owner and law-abiding citizen who has strong family connections and ties his community.   Justin is not a danger to the community.

I am writing to offer the Court my perspective of who he is as person in relation to the events of January 6, 2021.   Justin's intentions when attending the rally on January 6, 2021, were solely driven by his passion for democracy and expression of free speech.  Unfortunately, he got caught up in a large group mentality and entered the capitol. He did not understand he was not lawfully entering the building.  He believed he entered through a public entrance and was naively unaware of the boundaries given the large number of people present as well as the peaceful presence of law enforcement he experienced.  He did not do so to engage willfully in criminal conduct.  After entering the building, true to his nature, he did not involve himself in any destructive behavior's, destruction of property or cause anyone bodily harm. In hindsight he is aware of this poor decision and is deeply remorseful.  We have discussed the matter at great length, and he has expressed deep regret for his actions.  He undoubtedly grasps the magnitude of his poor decision as well as the impact to his family, friends, and community.

For these reasons, I recommend the Court take leniency when considering any imposition of a guilt and/ or sentencing.  It is highly unlikely he would ever find himself in a situation like this again.

If you have any questions or concerns, please feel free to contact me.


Sincerely,

Erin Gardner

703-405-0758

Bkylie1@aol.com

March 7, 2021

Andrew J. Carrick, CPA
11 Willow Road, New Hyde Park
New York, 11040
ajcarrick@aol.com
516-639-7757

To Whom It May Concern:

Over the course of the last year, I have gotten to know Justin on a very personal and deep level. As a fellow Certified Public Accountant, I had crossed paths with Justin, but it wasn't until last February that he reached out to meet up and see how we could be able to assist one another. I immediately felt the warmth in his energy, as he selflessly offered to buy me lunch or a coffee, while we chatted about our careers, future plans, and just got to know each other. What really made our connection unique, is that we had very similar passions and ambitions when it came to creating content, making videos and social media posts to help promote our business brands, and our willingness to put fear of judgement aside in order to convey a positive and powerful message.

As for myself, I have spent my entire life living in Nassau County, on Long Island, and have been an active part of the community, having previously been an usher, lecturer, and youth ministry leader at the local Notre Dame church, and a volunteer baseball coach for the local league's special Olympics program. After working in public accountanting for several years, I went off to the private sector, and eventually decided to begin freelance working for myself, which has been a struggle due to the unfortunate timing of the pandemic shutdowns and economic slowdowns. During this time, Justin constantly was offering me encouragement, and he was committed to finding a way in which I could utilize my skillsets to generate income. I have always felt that he is one of the individuals who truly has my back and should the right opportunity arise for me, he would be the first to put my name forth in a positive light.

I would have periodic phone call updates to see how he was faring with his business, and he would check up on me with mine to see how the projects I was working on were coming along. He also always provided me with access to come over to his home and use it as an office if I needed a space to work out of – a gesture that I greatly appreciated. Over the course of the year, we would discuss deep philosophical and moral matters, such as spirituality and our purpose of life. We would also talk about the concerning sentiment of division that our country was being faced with. While we wished we could be a positive influence on those around us, and impart wisdom upon those who were not as knowledgeable, we both admitted that it was often met with backlash. I myself, have faced online bullying and attacks from individuals I was once close with, along with lose connections just through social media, strictly because of differing life philosophical approaches and views on policies.

Justin expressed to me, and as far as I have seen has held true, that he doesn't consume alcohol. He also told me about his progress in achieving a better level of life satisfaction and his great strides in overall life well-being improvement through various efforts and avenues. This is something that I have found to be a very encouraging thing. Over our conversations, he has told me how much he is working to ensure the best life for his wife and kids. I shared with him my realization moment, that the best way to help our society is not by trying to scare the fear out of people, but instead encourage people to be more positive and see the world in a better way.

We both felt concerns over the potential trajectory of our nation if we were to remain divided, and as numbers and statistic individuals, we have tried to inject logic and reasoning into conversations. As an auditor myself, and as trained professional skeptics, we knew that regardless of the end result, the American people would remain in distress if a proper investigation was not done into the election, to reassure confidence in the electoral process. As such, when the opportunity to attend the rally arose, Justin knew there was an obligation he had to the American public to gather first hand expereince of the event, and get a true finger of the pulse of political environment. He shared with me that it was mostly peaceful, but that some people got rowdy, and he followed the crowd forward and eventually sat down in the Capitol building, conversing with the guards as the commanding officers figured out how they would handle the situation. Afterwards, he told me it was a truly exhilarating experience, and that there are many really passionate people who were there, and shared his experience online so that an unbiased and first hand encounter could be documented and shared for others to judge based on that, rather than a filtered and curated news story.

We continued to have discussions about how it is a very nervewrecking time in our nation's history, and we just wish for a positive future and outcome. He also has expressed to me that he should have never gotten so carried away with social media posting, because of the risk it posed to his family and himself. As many of us have discovered, anything posted online can be used against you, and after realizing this, he felt immediate sorrow and regret for having gotten carried away with the crowd at the event and the online abyss that is social media. Although he was involved in these acts, from my conversations with Justin, I do not believe his morals or character to be compromised. He had the right intention, but was unfortunately caught up in the wrong delivery of that intention. I know with how trying the current times are, there are many similar people in this boat, and I hope that all are able to move on with life having lived and learned.

Most honorably,

Andrew J. Carrick

Kristen Panoiu
2552 Ashland Place
Bellmore, NY 11710

March 6, 2021

Re: Justin McAuliffe

To Whom it May Concern,

I have known Justin McAuliffe as a good friend for over 10 years. I was both troubled and surprised to hear about his recent case as he has always been a solid person. It is for this reason I am happy to write a letter of reference for Justin regarding this matter. I understand the seriousness of this matter, however, hope that the court will show some leniency.

Justin and I have been friends since before our children were born. Our children have gone to the same daycare, have had numerous playdates and Justin's family has been to our home for many birthday parties, holidays and social gatherings. My husband and I trust Justin with our children, as he has watched them for us when we attended my sister's wedding and other family events. I would never leave my children with someone that I felt was untrustworthy or unreliable. Justin has always been there for my family and has truly been a good friend over the years.

Justin is a loyal, family-oriented person. He is genuine and sensible. I have never witnessed Justin to be misleading or deceptive in any way. As I have mentioned, we have trusted him in the past with our childcare and continue to trust him moving forward. Justin is an upstanding member of the community. While it is unfortunate that he made some bad decisions, he is ready to accept responsibility for his actions. Justin has expressed a deep sense of remorse and regrets his actions.

It is with my sincere hope that the court takes my letter into consideration for Justin's case. Despite the current case, Justin is an honorable man and a valuable member of our community.

Sincerely,

Kristen Panoiu

Character letter Justin McAuliffe

I am writing on behalf of Justin McAuliffe. I want to start by saying he is an incredible human being and a harmless person. I've known him a few years and met him online through a college friend of mine. Being a young entrepreneur that doesn't understand bookkeeping he was super patient and friendly with me while explaining the legalities of accounting.

Through this we developed a personal friendship outside of work. We would talk about environmentalism and how saving the earth is so important sharing 4 Ocean memes and content to each other, we would talk about politics and the future of the country.

Justin is a proud American that believes in the American dream - business and entrepreneurship. He would never intent to damage disrupt or destroy anything. The man handles peoples personal finances and folks businesses with care. I treat my business like it's a kid I don't have - Justin knows that and would never do anything to disrupt personal property.

I spoke to him January 5 and sixth and supported him going to the peaceful protest. It's obvious that a professional businessman like Justin would not premeditatedly go to disrupt things. We spoke multiple times how there are cameras and microphones everywhere. **He is a smart guy with a friendly face & knew that everything he did that day would be documented.**

Which is why I am firm in my belief that he got caught up in the moment and the momentum of everybody else. There's no excuse to trespass but he did not go there to disrupt or destroy anything.

I love this guy and don't want to see anything bad happen to him for his lapse in judgment. He spends countless hours giving free consulting to business owners to better their life and to show them how to run a small business. He is exactly the type of person we need serving our country and business community.

I've spoken to him since and I know how deeply he regrets the entire situation and he's taking full accountability for himself.

I'm proud to be an American and although January 6 will live in infamy it is not the people like Justin that need the book thrown at them. He needs compassion and to be rehabilitated to being a contributing member of society because that's what it's all about.

With respect,

Daulton Oneill.

3/4/21

To Whom it may concern,

My name is Hansford Boutchyard, I am reaching out to you on the behalf of Justin McAuliffe. Justin and I have been friends for the past two years meeting over a mutual friend's interest advising my business practices to hire a CPA with the highest of integrity. Justin is the epitome of an American citizen. His passion for truth and integrity motivates his peers with a sense of leadership. His ability to lead individuals to truth in business has influenced me deeply on a personal level. Over the past two years Justin has brought together a community of Truth into my life that I am forever grateful for.

His actions and intention of will has never been to hurt, destroy or damage. His actions on January 6th were under the influence of intense emotion brought by our inherit privilege of freedom. His actions have never been one to terrorize or destroy. Since this day Justin has reaffirmed to me his regret to act in the moment under these circumstances of emotion.

I find in my heart for you to forgive Justin for his actions on January 6th as I have done as well. I know he was there to stand for our freedom of life, liberty, and pursuit of happiness. May blessings of peace and prosperity flow to you and yours during this trial of judgement. God Bless.

Respectfully,

Hansford Boutchyard IV

To Whom it May Concern:

I have known Justin McAuliffe personally and professionally for the last 9 years.  During that time, I have known Justin to be someone of great integrity and who puts interests of those around him before his.

I work with Justin in a professional capacity, as a partnership for our clients.  Justin is a trusted advisor in his field as a CPA and has a tremendous base of long-term clients.  Those clients not only look to him for guidance on their business-dealings & personal tax issues, but they look to him to understand how to save money for their goals and dreams. They look to him for additional ways to save to solidify their futures and the futures of their children.  These same clients even look to Justin to refer them to contractors and plumbers, really for anything they need.

On the personal side, Justin is a loved Dad and husband.  I admire the way he balances his personal and professional lives and makes it to all school events, games, activities, etc. while also being available for our clients.  This is evidenced by a time where we had a client who suffered the loss of her husband and reached out to us for help and guidance.  Justin was at an event for his son at the time. Justin stayed for the end of the event, went to her house, with dinner for her and her children, so he could help her navigate through pension forms, insurance forms, and other documents related to the death of her husband.  I remember her telling me that what impressed her most was that Justin made it a point to get home in time to say goodnight to his kids.  These are the types of actions that define character.

I have also known Justin to be very strong in his opinions and feelings.  I have witnessed Justin's passion when it comes to topics that are important to his future and the futures of his children.  I know that Justin was in Washington DC on Jan 6th.  I also know in my heart that Justin was there to peacefully partake in what was supposed to be a meaningful day.  As we all know that day did not turn out to be a proud day for any of us, especially for Justin.  I believe that Justin put himself in an unfortunate situation, and nothing more.  He has shown remorse for being there and I have seen this take a tole on his health and mental well-being.

It is my hope that this letter will help to shed light on the good that Justin brings to the world and perhaps this experience will be nothing more than a small blemish on an otherwise exemplary record.

Sincerely,

Salvatore Tringali

March 4, 2021

To whom it my concern:

My name is Mark Wolf and I have known Justin for over twenty years. I am married for almost 13 years, have 3 kids, and work full time. Justin has always been a good friend through thick and thin. When my father had his many ailments, Justin was always someone I could talk to for help or advice. My wife and I had Justin in our wedding party, he was always there for our kids' baptisms and birthday parties. Justin is a great father who truly loves his kids and takes very good care of them. He worked very hard through college and continues to work hard to support his family. He is someone I whole heartedly trust.

Sincerely,
Mark Wolf

*KATHLEEN MCAULIFFE*
*2692 RIVERSIDE DRIVE*
*WANTAGH NY 11793*
*516-458-8337*

March 8, 2021

To Whom It May Concern:

I am writing to share with you my whole-hearted endorsement of Justin Stephen McAuliffe. I am a Senior Executive and well respected part of society . I have known Justin for over 30 years. The nature of our relationship is Stepmother and Stepson.

I had the pleasure of co-parenting Justin since he was the age of 9. Justin was a good boy growing up. A good student and an excellent older brother to his three younger siblings. One of Justin's brothers, only two years younger than him was diagnosed with diabetes at the age of 9. Justin could always be relied upon to look out for him. He was always an extremely dependable and reliable child, never getting into any trouble.

After high school Justin went on to graduate from Binghamton University and has achieved the professional position of CPA. He married and has two small children. He is a self-motivated and well-liked individual. Possessing these characteristics have helped Justin to start his own small accounting firm here on Long Island which has been quite successful.

Justin is a devoted family man as well as a dedicated business man.

I am aware of the charges being brought against Justin, but they do not change my opinion of who he is. I love and respect him for the things he has accomplished and the family man he has become.

If I can be of any further assistance, please do not hesitate to reach out to me.

Best regards,

Kathleen A. McAuliffe

Joanna McAuliffe
2626 Riverside Drive
Wantagh, NY 11793

March 29, 2021

Dear Your Honor:

I am Justin McAuliffe's sister-in-law Joanna.   We have known each other for about ten years.   During this time, I have gotten to know Justin very well, spending weekends, holidays, and family vacations together.   Justin is a generous and loyal person.  I have watched him turn into a wonderful father to his two children and a great uncle to my two kids.  My husband and I even chose him to be Godfather to our oldest son.  In addition, he is a hard worker, as evidence by running his own CPA business.

Justin has struggled with depression and anxiety through the years.   During this past year, the pandemic exasperated these feelings and his ability to think clearly on situations, as well as increased obsessive thoughts.   He became very much interested in the election and wanting to support his candidate, Donald Trump.    Justin and I disagree on our political views, as I am a registered Democrat, and I am very much aligned with liberal views.   I did not agree with his beliefs that the election was stolen but understood that it was his right to join the protest.   I did not predict that exercising his right to protest would lead to something bigger nor did he.  I can honestly say that his intention to drive down there was not to enter the capitol building on January 6th.   He had no malintent nor do I believe he understood exactly the magnitude of his actions by following the crowd into the capitol that day.   I believe that he acted impulsively, and curiosity got the best of him.

I have had many conversations with Justin on the severity of the situation and my disapproval of his participation on that day.   He has expressed regret for his behaviors and is continuing to work on himself through therapy and other supportive outlets. He has never committed a crime before this, and I do not believe he will in the future either.   He understands the seriousness of the situation and has removed himself from the political work and all social media outlets to refocus his energy on his family and himself.

Sincerely,

J. McAuliffe

Joanna McAuliffe

# Scott D. Industries Inc.

## "Demolition Specialist"

85 Barnyard Lane Levittown, NY 11756
516-335-3800

To Whom It May Concern:

My name is Scott Edvabsky and I am the owner of Scott D. Industries/Demolition Specialist. I have known Justin for the past 3 years. In those 3 years, Justin has been there for me and my family in multiple situations. He is always ready to lend a hand or help in any way we may need. He is a great father and a loyal friend. Justin is a hard worker and helps me with my business. His knowledge and background have been extremely helpful throughout the years. Justin is someone I have come to count on for business advice and everyday advice. I admire and look up to Justin and appreciate all he has done for myself, my family and my business.

Sincerely,
Scott Edvabsky

William F Baylis
100 Harmony Drive
Massapequa Park, NY 11762
11/09/2021

Dear Your Honor:

I met Justin McAuliffe over 2 years ago. I was interviewing him and looking to learn how we could collaborate in adding value and impacting the lives of our mutual business owner clients.

Right from the beginning, I found Justin to be a very honest and vulnerable person which, I Have found to be a rare quality in the business world.

During my conversations I've learned about Justin's journey through the business world. Starting out at a young age at a top 100 accounting firm which eventually led and prepared him to make the jump into the entrepreneurial world. I found his stories about the past intriguing which allowed me to take a risk and introduce him to a very important client of mine who eventually hired him. Since then, we both work closely with this client. I am very selective with whom I introduced to my clients. I am pleased with Justin's honesty and his professional approach in adding value with our mutual client.

Our relationship also has blossomed into a friendship. I have learned that we have similar backgrounds and values. We both have the desire to improve ourselves both professionally and personally. This has led to some very deep conversations about how we could be better men, fathers and husbands. Over the past two years of knowing Justin, I've seen tremendous growth in these areas.

Since this incident Justin immediately held himself accountable and was sincerely remorseful. He has used this moment as a motivator to grow personally even further.

I have no doubt that Justin is laser focused on the future and I believe he would never jeopardize himself again.


Sincerely,

William F Baylis

Your Honor,

My name is Jason Wissel and I have known Justin McAuliffe for over two years.  It is my opinion that Justin is a man of exceptional character and integrity.  I consider Justin to be a very good friend and we are very close. I can honestly say I know Justin quite well.

I originally met Justin through my volunteer efforts and Justin was always the first to step up when I needed his assistance. More than that, he became a leader in the group and his tireless efforts have helped literally hundreds of people in the community.

Justin is a wonderful father and husband.  He is a man of great moral integrity.  When I learned of Justin's difficulty regarding the events of January 6th I was shocked because I know Justin to be a very mild and gentle man, even to the point of timidity.  To this day, I know in my heart that Justin had no intention of breaking any law and I can assure you that in the future Justin is the last person on earth I can imagine being in any kind of trouble whatsoever.  We have spoken at length about his future plans and his only desire is to continue being a law-abiding, contributing member of his community.

Very Sincerely,  Jason Wissel

Kevin Robert Hopkins Jr.
417 Straith St.
Staunton, VA 24401
December 30, 2021

Honorable Royce C. Lamberth
US District Court
333 Constitution Ave, N.W.
Washington, D.C. 20001

Dear Honorable Royce C. Lamberth:

My name is Kevin Robert Hopkins Jr., and I am the husband of Justin McAuliffe's cousin. I've had the privilege of getting to know Justin over the years that I have known my wife, as both he and she make it a priority to spend time with family despite the distance between our homes. We've also shared our journey of faith and as a small business owner myself, Justin and I have been able to share in some of the challenges of running one's own business, as well.

In the three years that I have known Justin McAuliffe he has always been a man of character. Justin is a family man who puts his children and his wife first and make decisions according to a strong moral compass. Justin resigned from a position with an accounting firm that would have provided greater potential income and security in favor of starting a business of his own, about which he could make his own moral decisions. This decision allowed him to leave a firm that he believed was making questionable ethical decisions and become the founder of a company that truly puts their clients first and provides guidance to their consumers that is inline with Justin's character. This decision also allowed Justin to work from home, making it a priority to attend field trips with his 8 year old son and be present to cheer for his 5 year old girl at her first dance recital, rather than working long hours for CEO's who required less than honorable actions from their employees.

I am aware of the charges brought against Justin and the actions that brought about these charges but I do not believe these actions change who Justin is or the fiber of his character. Justin continues to demonstrate through out friendships and his involvement in his home community that he is an honorable man who is dedicated to his family and friends.

Sincerely,

Kevin Hopkins Jr.

42 Trouville Rd
Copiague, NY 11726

Dear Your Honor:

My name is Nathan Weise. I am 34 years old, married to my wife of nearly 10 years and have 3 beautiful children. I am currently the CFO for a construction company in NYC.

I have known Justin McAuliffe through our shared industry of accounting for 3 years and more personally for the past 2 years. While my relationship was initially a professional networking connection, we became quick friends. We spend many hours talking about business, accounting, family, and our country.

Justin is a charismatic, kind, and authentic person. He cares deeply about his family, friends, and business relationships and looks to bring the best of himself to his relationships. He also loves this United States of America and wants the best for our nation.

I am aware of his actions that brought about the court case but it has in no way changed my opinion about the person that he is.

We had many long conversations leading up to the incident in question, during which Justin never showed any indication of aggressive or volatile behavior. Justin also never gave any indication that he had intentions of entering the capital building.

Following the incident, Justin shared how he was caught up in the moment and expressed his remorse for his ill-advised actions on that day. He has been spending his time focused on his family and his business. In addition, he has removed himself from social media platforms to limit the outside inputs into his day-to-day life.

I appreciate your consideration to this information.


Sincerely,

Nathan Weise

Rajeesh Tiwary

2303 Lincoln Street

North Bellmore NY 11760

Dear Your Honor:

I met Justin McAuliffe in October 2020 through a real estate agency- he then became my tenant. When I met Mr. McAuliffe he was very mild-mannered, spoke with a soft voice, and smiled throughout our conversations. Mr. McAuliffe did disclose to me that he is married with children but separated from his wife. Mr. McAuliffe did state that he and his wife had been going through some relationship issues and that he was doing everything possible to fix it. Mr. McAuliffe did inform me that he was a recovering alcoholic and that his alcoholism contributed to his marital problems.

While living with Mr. McAuliffe, I didn't know him to have much of a social life. He kept a low profile, and his primary visitor was his family. I would describe Mr. McAuliffe as a quiet, polite, clean-cut professional. He is self-employed and appears to be hard working. He has always paid rent on time, and in my estimation, he is an exemplary tenant.  During our conversations, Mr. McAuliffe would take accountability for his marital mistakes and would voice the lessons he had learned through AA.

After Mr. McAuliffe was released and had returned home, he did approach me and clarified that said incident had not been related to drugs, gangs or sexual misconduct. He did state that said incident was related to the "Big Event in January" and that was when I realized what he was talking about. He did state that he could not discuss the particulars regarding the event and I respected that. At that time, Mr. McAuliffe looked defeated- like all of his hard work (AA, marriage) was for nothing. During the following weeks I didn't see Mr. McAuliffe frequently, and when I did we will only exchange courteous greetings.

Since said event, Mr. McAuliffe has stayed on track with his AA meetings and always took full accountability for his actions. He has always been honest and upfront, and has remained on a positive path. He has also become more spiritual. By his own volition, this incident was an eye opener for how quickly life can spiral out of control due to our thoughtless actions. I believe that Mr. McAuliffe wanted to be part of this gathering — not to cause harm to any person or cause any damage to our Capital, but to show support for his party. I think that be believes that he went to take a stand for our country and was caught up in the frenzy.

I believe that after this incident is resolved Mr. McAuliffe will be working on recoiling with his family. He never lost track or lost sight of his main goal, which has been working on his marriage. I believe that this incident has made Mr. McAuliffe more focused and determined to rectify his relationship with his wife and children.  I think he will be successful.

Respectfully,

Rajeesh Tiwary

Sharon McAuliffe-Uchida

3030 Marsh Winds Circle

Southport N.C. 28461

973-756-5269


Dear Your Honor,

I am writing to you today on behalf of my nephew Justin S McAuliffe. I Sharon McAuliffe-Uchida am Justin's aunt. I have known Justin for 40 years which I have had the pleasure of watching him grow from a small boy to a man.

Since I speak with Justin on a regular basis, I am aware of the charges bought against him. I have spoken with Justin about his case and his life goals.

The change in Justin over the past year has been remarkable. Although Justin always understood rules and regulations since he was a child. As an adult and a father, I often hear him speaking to his children about the rules of the home and the rules of the sport teams they play on. I feel it is a fair statement to make when I say that Justin has a deep respect for Law Enforcement. I truly believe that Justin had no ill intend upon entering the building.

This matter has deeply troubled our whole family.  However, I have to say that Justin has grown from this experience.   Justin now understands how the actions of one can affect the group. It is a sign of a true man who can admit when they are wrong. Justin has also realized how this might affect his children's lives.  Therefore, Justin has taken great efforts to insure what he says and does is for the good of all. He attends his meetings weekly, he has a strong willingness to help others to deal with their addictions, as well any areas of life people might need help with. He strives to set a good example for his children.  As a single mother of four I am amazed with how Justin has kept up with all he is doing to better himself. I would never have the time or energy he devotes to meetings and therapy. This would indicate to me that Justin truly wants this recovery. Justin truly wants to be the best he can be for his wife and children. However, what amazes me the most is that Justin wants to be the best Justin he can be for everyone.


Sincerely yours,

Sharon McAuliffe-Uchida

Tim Jipping
6516 Greene Rd
Woodridge, IL 60517

Dear Your Honor,

I've known Justin for over 2 years, which started as a professional relationship (we're in the same industry) and later morphed into a personal friendship. We have spent much time together talking and getting to know one another on a deeper level that exposes one's heart and character. We've shared personal stories and ongoing difficulties, sharing advice as well as simply offering a listening ear.

Justin has proven to me repeatedly that he is a loyal and loving person. He regularly reaches out with a text message or phone call to encourage me and simply check in. He cares about all people and loves his family deeply. He is authentic, owns his past mistakes and demonstrates learning from them to improve himself every day.

He informed me that he was going to Washington DC for a rally in January 2021 only days before it was scheduled to occur – it sounded like a spur of the moment thing. Not a single time did he indicate or even suggest an intent to participate in anything like what ended up unfolding. Nor would I have expected him to, that would have been completely uncharacteristic of him.

He left me a voice message after the events in Washington DC, and let me know that he ended up in a crowd walking toward the Capitol and before he knew it the doors were being held open and people were walking in. He said he felt like a tourist and noted no one was telling them not to enter or leave. He indicated to me that he had no desire to break any laws, and upon receiving no resistance from law enforcement he thought perhaps this was authorized.

It was clear Justin was unaware of the magnitude of the situation because on the voicemail he had broken down into tears saying that people on the news were calling them terrorists. He immediately expressed feelings of regret and sorrow for even being there, and I could sense he believed he was in a 'wrong place, wrong time' scenario that he wished he could unwind.

Knowing who he is as a man, and his tender heart, I knew he was genuine. I also had tried to console him (as he had done to me on many occasions before) through my shock that he found himself in a situation like this.

Since that day, Justin has consistently denounced that experience and expressed regret on having attended. That condemnation began on that evening, long before any legal proceeding began. He expressed repeatedly that he wished he could take back that day, but since he can't he's only focusing on the future and avoiding any potentially negative situations. Not only do I believe him because of the type of man he is, I believe him because he's demonstrated it for over 10 months now.

Justin is a good man. He loves his family. He loves his friends. I'm proud to have him as a friend.


Respectfully,

November 15, 2021