IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Docket No.: 1:21-CR-00608 (RCL) |
| v.   : | |
| JUSTIN McAULIFFE,   : | |
| *Defendant*.   : | |

## MOTION

Defendant, Justin McAuliffe, respectfully requests permission to travel to Phoenix, Arizona with his children, to visit his wife, to scout out for a new home and prospective school for his children for their relocation which will occur in June. Mr. McAuliffe and his children will be traveling to Arizona and staying at 1870 S. Colt Drive, Gilbert, AZ 85295 from Thursday, February 24, 2022, returning on Wednesday, March 2, 2022. He will be traveling via American Airlines.

Probation Officer Hirsch, his supervising officer, consents to our request on behalf of probation.

Dated: February 3, 2022   Respectfully submitted,

S/ Richard D. Collins
Richard D. Collins
Collins Gann McCloskey & Barry PLLC
138 Mineola Blvd.
Mineola, New York 11501
(516) 294-0300 Telephone
Attorney for Justin McAuliffe

7