# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 1:21-CR-00608 (RCL)** |
| | : | |
| **JUSTIN MCAULIFFE,** | : | |
| **Defendant.** | : | |

### UNITED STATES' RESPONSE TO DEFENDANT'S FIRST MOTION TO TRAVEL

The United States has no objections to the defendant's request to travel.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney

By:    */s/ Jacob J. Strain*
JACOB J. STRAIN
Utah Bar No. 12680
Assistant United States Attorney
U.S. Attorney's Office for District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

1