# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JUSTIN MCAULIFFE,<br><br>*Defendant.* | Case No. 1:21-cr-608-RCL |

## ORDER

Before the Court is defendant's unopposed motion [44] to travel and the government's response [45]. It is hereby **ORDERED** that defendant's motion is **GRANTED**. Defendant is permitted to travel to Phoenix, Arizona between February 24, 2022, and March 2, 2022, and stay at the address listed in the motion. Defendant shall submit a proposed itinerary in advance to his supervising Probation officer and timely provide notice of any changes.

**IT IS SO ORDERED.**

Date: __2-14-22__

_Royce C. Lamberth_
Royce C. Lamberth
United States District Judge

1